UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-294-FDW
(3:04-cr-137-FDW-1)

| | |
|---|---|
| DIMARCO ANTONIO ALEXANDER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

This matter is before the Court on an unopposed motion of Petitioner, (Doc. No. 5), to hold his motion to vacate sentence pursuant to 28 U.S.C. § 2255[1] in abeyance pending resolution of the appeal in United States v. Wheeler, Fourth Circuit Case No. 16-6073. The Respondent consents to the motion to stay.

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 5), is **GRANTED**. The United States shall have 45 days after the Fourth Circuit issues Wheeler in which to move to re-open this case and file its response.

Signed: September 11, 2017

Frank D. Whitney
Chief United States District Judge

---

[1] Petitioner alternatively seeks habeas relief pursuant to 28 U.S.C. § 2241, *coram nobis* relief under 28 U.S.C. § 1651(a) or a writ of *audita querela*.